**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6857**

FILIBERTO AVALOS,

        Petitioner - Appellant,

    v.

ROBERT HUDGINS, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, Chief District Judge. (3:20-cv-00188-GMG)

Submitted: March 25, 2022                    Decided: April 22, 2022

Before AGEE and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Filiberto Avalos, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Filiberto Avalos, a federal prisoner, appeals the district court's order accepting in part and rejecting in part the recommendation of the magistrate judge and denying relief on Avalos' 28 U.S.C. § 2241 petition and a subsequent order denying Avalos' motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm because, as the district court concluded, the Bureau of Prisons properly calculated his sentence. *Avalos v. Hudgins*, No. 3:20-cv-00188-GMG (N.D.W. Va. Mar. 29, 2021 & May 11, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*